ACCEPTED
03-14-00416-CV
7344195
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 9:59:14 AM
JEFFREY D. KYLE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 12, 2015

13

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 9:59:14 AM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk of the Court
Third Court of Appeals
Price Daniel Sr. Bld.
209 West 14th Street, Rm 101
Austin, TX 78701

Re:    No. 03-14-00416-CV; *Bradley B. Ware v. Texas Commission on Environmental Quality*

Dear Mr. Kyle:

This is to acknowledge receipt of your letter of October 8, 2015, apprising the parties that this cause has been set for oral argument on November 18, 2015, at 9:00 AM. The undersigned, Assistant Attorney General Linda B. Secord, will make argument on behalf of Appellee Texas Commission on Environmental Quality.

Sincerely,

Linda B. Secord
Assistant Attorney General
State Bar of Texas ID No. 17973400
Linda.Secord@texasattorneygeneral.gov
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

Jeffrey D. Kyle, Clerk of Court of Appeals
October 12, 2015
Page 2



cc:    <u>VIA ELECTRONIC SERVICE</u>
       Stephen P. Webb
       Gwendolyn Hill Webb



LBS/sgw